■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEPH LAWLOR, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered October 30, 1961 after a jury trial, convicting him of burglary in the third degree and petit larceny, and sentencing him, as a third felony offender, to serve a term of 5 to 10 years. Judgment affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MYSHOLOWSKY and JOHN SADOWY, Appellants.— In a coram nobis proceeding, defendants appeal from an order of the County Court, Queens County, dated February 27, 1962, which denied, without a hearing, their application to vacate a judgment of said court rendered June 22, 1954, convicting them, after a jury trial, of robbery in the first degree, grand larceny in the first degree and two counts of assault in the second degree, and imposing sentence upon them as second felony offenders (1 A D 2d 1036, motion for leave to appeal to the Court of Appeals denied [FULD, J.]; certiorari denied 352 U. S. 932; see, also, 13 A D 2d 823). Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN TAYLOR, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered March 24, 1961, upon his plea of guilty, convicting him of attempted possession of a dangerous weapon as a felony (Penal Law, § 1897), and imposing sentence. ·The appellant contends that the court erred in denying his application, made prior to sentence, for leave to withdraw his plea of guilty. Judgment affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED HEYWARD, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, entered January 22, 1962 after a hearing, which dismissed the writ and remanded him to the custody of respondent. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Brennan, Hill and Rabin, JJ., concur; Hopkins, J., not voting.